UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                              :

LAUREL HILBERT, *on behalf of himself and all others*  :
*similarly situated*,                                                        :

                                    Plaintiff,                       :                 24-CV-09921 (JAV)

              -v-                                       :                 <u>ORDER</u>

ALIZ GROUP, LLC,

                                  Defendant.
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 6, 2025
       New York, New York                             _____
                                                                JEANNETTE A. VARGAS
                                                               United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
LAUREL HILBERT, *on behalf of himself and all others*                    :
*similarly situated*,                                                    :
                                                                         :   24-CV-09921 (JAV) (HJR)
                           Plaintiff,                                    :
                                                                         :   <u>ORDER OF REFERENCE</u>
         -v-                                                             :   <u>TO A MAGISTRATE</u>
                                                                         :   <u>JUDGE</u>
ALIZ GROUP, LLC,                                                         :
                                                                         :
                           Defendant.                                    :
                                                                         :
------------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: January 6, 2025                          _____
       New York, New York                         JEANNETTE A. VARGAS
                                                          United States District Judge