UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREL HILBERT,

               Plaintiff,

    -v-

ALIZ GROUP, LLC,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/22/2025__

**ORDER**

24-CV-9921 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Pursuant to the June 13, 2025 Case Management Plan and Scheduling Order, ECF No. 22, the Parties were directed to file a joint status letter by September 19, 2025. To date, no status letter has been filed on the docket. The Court *sua sponte* extends the deadline to submit a joint status letter to **September 26, 2025**.

**SO ORDERED.**

Dated: September 22, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge