```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREL HILBERT,

                Plaintiff,

-v-

ALIZ GROUP, LLC,

                Defendant.

**ORDER**

24-CV-9921 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' September 24, 2025 joint status letter. ECF No. 28. The Parties are directed to submit a further joint status letter on **November 24, 2025.**

**SO ORDERED.**

Dated: September 25, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge