USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/12/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREL HILBERT,

                Plaintiff,

      -v-

ALIZ GROUP, LLC,

                Defendant.

**ORDER**

24-CV-9921 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 11, 2025, Plaintiff filed a letter motion raising a discovery dispute regarding Defendant's failure to respond to certain discovery requests. ECF No. 30. By letter dated November 12, 2025, Defendant responded to the letter motion, stating that the lack of response was due to an oversight and representing that the parties will meet and confer on the disputes raised.

Accordingly, Plaintiff's letter motion at ECF No. 30 is **DENIED** without prejudice to renewal after the parties have met and conferred.

**SO ORDERED.**

Dated: November 12, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1