UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025
```

LAUREL HILBERT,

                    Plaintiff,

          -v-

ALIZ GROUP, LLC,

                    Defendant.

**ORDER**

24-CV-9921 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's November 24, 2025 letter providing a status update regarding discovery.  ECF No. 33.  The Parties are directed to file a joint letter regarding the status of discovery on **January 7, 2026**.

**SO ORDERED.**

Dated: November 25, 2025
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge