UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2026
```

LAUREL HILBERT,

                    Plaintiff,

          -v-

ALIZ GROUP, LLC,

                    Defendant.

**ORDER**

24-CV-9921 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status report.  ECF No. 45.  The

parties are directed to file a further joint status report by **May 19, 2026**.

**SO ORDERED.**

Dated: March 20, 2026
         New York, New York

Henry J. Ricardo
United States Magistrate Judge