UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREL HILBERT,

                    Plaintiff,

        -v-

ALIZ GROUP, LLC,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2026

**ORDER**

24-CV-9921 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on April 9, 2026 to address Plaintiff's letter motion, ECF No. 43 (the "Letter Motion"), and supplemental letter motion, ECF No. 47 (the "Supplemental Letter Motion"), requesting to strike the declaration and expert report of Craig Davis ("Davis"). For the reasons articulated in the conference transcript, the request to strike the Davis declaration filed at ECF No. 41-3 is **DENIED**. Additionally, for the reasons articulated in the conference transcript, the request to strike the Davis report is **DENIED**. Defendant must make Davis available for a deposition within three weeks of the Court's decision on the pending motion for summary judgment.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 43 and Supplemental Letter Motion at ECF No. 47 as **DENIED**.

**SO ORDERED.**

Dated: April 9, 2026
      New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge